In the Matter of STEPHEN J. WILLIAMS (Admitted as STEPHEN JOHN WILLIAMS), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted July 23, 2007; decided September 18, 2007

Reported below, 33 AD3d 38.

Motion for reargument denied [*see* 8 NY3d 1007].

SHEILA ZIPPER et al., Respondents, v HAROLDON COURT CONDOMINIUM et al., Respondents, and REBECCA ROSENBAUM, Also Known as REBECCA LUKOWSKY, Appellant.

Submitted August 27, 2007; decided September 18, 2007

Reported below, 39 AD3d 325.

On the Court's own motion, appeal, insofar as taken from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed, without costs, upon the ground that such order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.